# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| WILLIAM HIX,<br><br>      Plaintiff,<br>v.<br><br>ACRISURE HOLDINGS, INC.,<br>      Defendant and Counterclaim Plaintiff,<br>and<br><br>ACRISURE, LLC,<br>      Counterclaim Plaintiff. | Case No. 1:21-cv-4541-MLB |

## DEFENDANT AND COUNTERCLAIM PLAINTIFF'S
## NOTICE OF VIDEOTAPED DEPOSITION DUCES TECUM OF HARLEY RYAN

PLEASE TAKE NOTICE that Defendant and Counterclaim Plaintiff Acrisure Holdings, Inc. will take the deposition upon oral examination of Harley Ryan. The deposition will begin on **December 7, 2023**, beginning at **9:00 a.m.**, and each day thereafter as necessary, before a qualified court reporter at the offices of Bondurant Mixson & Elmore, LLP, 1201 West Peachtree Street, N.W., Suite 3900, Atlanta, Georgia, or other such time and place as allowed by court rule, or as agreed upon by the parties in accordance with court rule.

The deposition shall be recorded by stenographic means and videotaped by Veritext Legal Solutions. The deposition will be conducted before an officer authorized to administer oaths and will continue from day-to-day until completed.

Respectfully submitted, this 28th day of November, 2023.

>*/s/ Jeffrey A. Zachman*
>Georgia Bar No. 254916
>jeffrey.zachman@dentons.com
>
>DENTONS US LLP
>303 Peachtree Street, N.E.
>Suite 5300
>Atlanta, Georgia  30308
>(404) 527-4000
>
>and
>
>Lisa Krigsten (*admitted pro hac vice*)
>Lisa.krigsten@dentons.com
>
>Brian Baggott (*admitted pro hac vice*)
>Brian.Baggott@dentons.com
>
>*Attorneys for Acrisure Holdings, Inc. and Acrisure, LLC*

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of *DEFENDANT AND COUNTERCLAIM PLAINTIFF'S NOTICE OF VIDEOTAPED DEPOSITION OF HARLEY RYAN,* via e-mail addressed to:

Jennifer Peterson
Robert Lawrence Ashe , III
Fredric Joseph Bold , Jr.
Megan E. Cambre
BONDURANT MIXSON & ELMORE LLP
1201 West Peachtree Street NW, Suite 3900
Atlanta, GA 30309
peterson@bmelaw.com
ashe@bmelaw.com
bold@bmelaw.com
cambre@bmelaw.com

This 28th day of November, 2023.

By: */s/ Jeffrey A. Zachman*
Jeffrey A. Zachman